UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Criminal No. 21-mj-30046

TARNCE L. LARD,

      Defendant.
_____

MOTION AND ORDER TO UNSEAL
COMPLAINT AND ARREST WARRANT
_____

The United States of America respectfully requests that the Complaint and Arrest Warrant in the above-entitled case be unsealed for the reason that it is no longer necessary in the interest of justice for the documents to be sealed.

                                                Respectfully submitted,

                                                SAIMA S. MOHSIN
                                                Acting United States Attorney

Dated: February 15, 2021

                                                s/BLAINE LONGSWORTH, P55984
                                                Assistant U.S. Attorney
                                                600 Church St, Flint, Michigan 48502
                                                Phone: 810-766-5177
                                                Email: blaine.longsworth@usdoj.gov

      IT IS SO ORDERED.

Dated:  2/15/2021                          s/Kimberly Altman
                                                KIMBERLY ALTMAN
                                                United States Magistrate Judge